IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01325-LTB

PEDRO FELIX RAMIREZ-DIAZ,

      Petitioner,

v.

WARDEN, Denver Contract Detention Facility Aurora, Colorado, in his official capacity
      as the immediate custodian of Petitioner,
CURRENT OR ACTING FIELD OFFICE DIRECTOR, Denver Field Office, U.S.
      Immigration and Customs Enforcement,
PATRICK J. LECHLEITNER, Acting Director, U.S. Immigration and Customs
      Enforcement, and
ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security,

      Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 9, 2026, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

DATED at Denver, Colorado, this 9 day of June, 2026.

              FOR THE COURT,

              JEFFREY P. COLWELL, Clerk

              By: s/ J. Roberts
              Deputy Clerk